

**Nedra P. FAIN, Petitioner,**

v.

**DEPARTMENT OF EDUCATION,
Respondent.**

No. 05–3002.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2004.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Nedra P. FAIN, Petitioner,**

v.

**DEPARTMENT OF EDUCATION,
Respondent.**

No. 05–3003.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2004.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Mark G. PLEVA and John Pleva.**

No. 04–1557, 10/050,312.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2004.

*ORDER*

Upon consideration of Mark G. Pleva and John Pleva's unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.